UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-00824-PSH |
| | § | |
| VERONICA ORTEGA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $27,182.70 | Assets Exempt: | $7,259.85 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,214.47 | Claims Discharged Without Payment: | $54,792.57 |
| Total Expenses of Administration: | $744.56 | | |

3) Total gross receipts of $4,080.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,121.06 (see **Exhibit 2),** yielded net receipts of $2,959.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $12,050.32 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $776.56 | $744.56 | $744.56 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $44,657.71 | $33,189.31 | $33,189.31 | $2,214.47 |
| **Total Disbursements** | $56,708.03 | $33,965.87 | $33,933.87 | $2,959.03 |

4). This case was originally filed under chapter 7 on 01/13/2009. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2011      By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Tax Refund | 1224-000 | $4,079.00 |
| Interest Earned | 1270-000 | $1.09 |
| **TOTAL GROSS RECEIPTS** | | $4,080.09 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Veronica Ortega | Exemptions | 8100-002 | $1,121.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,121.06 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Auto Finance | 4110-000 | $4,980.47 | NA | $0.00 | $0.00 |
| | Wells Fargo Auto Finance | 4110-000 | $7,069.85 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $12,050.32 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $739.70 | $739.70 | $739.70 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $36.86 | $4.86 | $4.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $776.56 | $744.56 | $744.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Sallie Mae | 7100-000 | $845.51 | $864.09 | $864.09 | $64.78 |
| 10 | Wells Fargo Bank, N.A. | 7200-000 | $3,381.24 | $3,650.40 | $3,650.40 | $0.00 |
| | American General Finance | 7100-000 | $2,752.00 | NA | NA | $0.00 |
| | Berwyn Police Dept/Collections Dept | 7100-000 | $100.00 | NA | NA | $0.00 |
| | Capital Recovery II Assignee of CARE CREDIT MAUREEN O FRASER DDS | 7100-000 | $0.00 | $870.66 | $870.66 | $65.28 |
| | CHASE BANK USA | 7100-000 | $10,335.53 | $10,335.53 | $10,335.53 | $774.83 |
| | Clear Complexions Rx Ltd | 7100-000 | $182.00 | NA | NA | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 9; United States Department of Education) | 7100-001 | $0.00 | $9,790.15 | $9,790.15 | $733.95 |
| | Direct Loans | 7100-000 | $15,842.17 | NA | NA | $0.00 |
| | GE Money Bank | 7100-000 | $831.66 | NA | NA | $0.00 |
| | John Scott Aiello DDS, Ltd. | 7100-000 | $1,676.90 | NA | NA | $0.00 |
| | Loyola Univ. Physician Found. | 7100-000 | $140.00 | NA | NA | $0.00 |
| | MacNeal Emergency c/o UCB | 7100-000 | $118.00 | NA | NA | $0.00 |
| | Recovery Management Systems Corporation GE Capital - Sam's Club | 7100-000 | $0.00 | $1,256.87 | $1,256.87 | $94.22 |
| | Recovery Management Systems Corporation, GE Capital - Old Navy | 7100-000 | $307.20 | $310.06 | $310.06 | $23.24 |
| | Recovery Management Systems | 7100-000 | $610.47 | $702.90 | $702.90 | $52.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Corporation/ Sears - SEARS PREMIER CAR | | | | | |
| Roundup Funding, LLC/ World Financial Network National Bank - Victoria's Secret | 7100-000 | $585.02 | $633.64 | $633.64 | $47.50 |
| Sam's Club | 7100-000 | $1,175.00 | NA | NA | $0.00 |
| TARGET NATIONAL BANK | 7100-000 | $4,775.01 | $4,775.01 | $4,775.01 | $357.98 |
| Vasco Data Security Intl | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $44,657.71 | $33,189.31 | $33,189.31 | $2,214.47 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 09-00824-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ORTEGA, VERONICA | Date Filed (f) or Converted (c): | 01/13/2009 (f) |
| For the Period Ending: | 7/5/2011 | §341(a) Meeting Date: | 02/17/2009 |
| | | Claims Bar Date: | 06/02/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Cash | $50.00 | $0.00 | DA | $0.00 | FA |
| 2 | Checking Account-WaMu | $41.49 | $0.00 | DA | $0.00 | FA |
| 3 | Savings Accounty-WaMu | $105.45 | $1.00 | DA | $0.00 | FA |
| 4 | Household possessions | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Necessary wearing apparel | $250.00 | $0.00 | DA | $0.00 | FA |
| 6 | 401K- Vasco Data Security Inter-National Inc. | $6,063.91 | $0.00 | DA | $0.00 | FA |
| 7 | 2000 Saturn LS2 4D Sedan | $1,200.00 | $1,200.00 | DA | $0.00 | FA |
| 8 | 2001 Chrysler Town & Country | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 9 | Cash | $50.00 | $50.00 | DA | $0.00 | FA |
| 10 | Checking Account-WaMu | $41.49 | $41.49 | DA | $0.00 | FA |
| 11 | Savings Accounty-WaMu | $105.45 | $105.45 | DA | $0.00 | FA |
| 12 | Household possessions | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 13 | Necessary wearing apparel | $250.00 | $250.00 | DA | $0.00 | FA |
| 14 | 401K- Vasco Data Security Inter-National Inc. | $6,063.91 | $6,063.91 | DA | $0.00 | FA |
| 15 | 2008 state and federal tax refund | $5,761.00 | $5,761.00 | DA | $0.00 | FA |
| 16 | 2000 Saturn LS2 4D Sedan | $1,200.00 | $1,200.00 | DA | $0.00 | FA |
| 17 | 2001 Chrysler Town & Country | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 18 | Possible Federal Income Tax Refund (u) | Unknown | $5,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | Tax refund from prior years- no tax refund scheduled or exemption taken. | | | | | |
| 19 | 2009 Tax Refund (u) | $0.00 | $0.00 | | $4,079.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1.09 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$27,182.70     $24,672.85     $4,080.09     $0.00

**Major Activities affecting case closing:**
Tax intercept
Motion for turnover of Tax refund filed
This case is ready for TFR
TFR DOne

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/30/2010 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 07/30/2010 | DAVID LEIBOWITZ |

Page No: 1
Case 09-00824 Doc 37 Filed 08/18/11 Entered 08/18/11 12:33:50 Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 7 of 11
Exhibit 9

| **Case No.** | 09-00824-PSH | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | ORTEGA, VERONICA | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******4134 | | **Money Market Acct #:** | ******7665 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 1/13/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/5/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/12/2010 | (19) | United States Treasury | 2009 tax refund | 1224-000 | $4,079.00 | | $4,079.00 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.09 | | $4,079.09 |
| 05/14/2010 | 1001 | Veronica Ortega | Amount due to Debtor after re-payment of 2008 tax refund portion due to the estate | 8100-002 | | $1,121.06 | $2,958.03 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.22 | | $2,958.25 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.13 | | $2,958.38 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,958.38 | $0.00 |
| | | | **TOTALS:** | | $4,079.44 | $4,079.44 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,958.38 | |
| | | | **Subtotal** | | $4,079.44 | $1,121.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,121.06 | |
| | | | **Net** | | $4,079.44 | $0.00 | |

| **For the period of 1/13/2009 to 7/5/2011** | | **For the entire history of the account between 04/12/2010 to 7/5/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,079.44 | Total Compensable Receipts: | $4,079.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,079.44 | Total Comp/Non Comp Receipts: | $4,079.44 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $1,121.06 | Total Non-Compensable Disbursements: | $1,121.06 |
| Total Comp/Non Comp Disbursements: | $1,121.06 | Total Comp/Non Comp Disbursements: | $1,121.06 |
| Total Internal/Transfer Disbursements: | $2,958.38 | Total Internal/Transfer Disbursements: | $2,958.38 |

Page No: 2
Case 09-00824   Doc 37   Filed 08/18/11   Entered 08/18/11 12:33:50   Desc Main
Document   Page 8 of 11
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 09-00824-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ORTEGA, VERONICA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4134 | Checking Acct #: | ******0824 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/13/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2010 | | Transfer From: #******0824 | | 9999-000 | $2,959.03 | | $2,959.03 |
| 12/01/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $739.70 | $2,219.33 |
| 12/01/2010 | 2002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.86 | $2,214.47 |
| 12/01/2010 | 2003 | Capital Recovery II Assignee of CARE | Claim #: 1; Amount Claimed: 870.66; Amount Allowed: 870.66; Distribution Dividend: 7.50; | 7100-000 | | $65.28 | $2,149.19 |
| 12/01/2010 | 2004 | TARGET NATIONAL BANK | Claim #: 2; Amount Claimed: 4,775.01; Amount Allowed: 4,775.01; Distribution Dividend: 7.50; | 7100-000 | | $357.98 | $1,791.21 |
| 12/01/2010 | 2005 | Recovery Management Systems Corporation/ Sears | Claim #: 3; Amount Claimed: 702.90; Amount Allowed: 702.90; Distribution Dividend: 7.50; | 7100-000 | | $52.69 | $1,738.52 |
| 12/01/2010 | 2006 | Recovery Management Systems Corporation, GE | Claim #: 4; Amount Claimed: 310.06; Amount Allowed: 310.06; Distribution Dividend: 7.50; | 7100-000 | | $23.24 | $1,715.28 |
| 12/01/2010 | 2007 | Recovery Management Systems Corporation GE | Claim #: 5; Amount Claimed: 1,256.87; Amount Allowed: 1,256.87; Distribution Dividend: 7.50; | 7100-000 | | $94.22 | $1,621.06 |
| 12/01/2010 | 2008 | CHASE BANK USA | Claim #: 6; Amount Claimed: 10,335.53; Amount Allowed: 10,335.53; Distribution Dividend: 7.50; | 7100-000 | | $774.83 | $846.23 |
| 12/01/2010 | 2009 | Roundup Funding, LLC/ World Financial Network | Claim #: 7; Amount Claimed: 633.64; Amount Allowed: 633.64; Distribution Dividend: 7.50; | 7100-000 | | $47.50 | $798.73 |
| 12/01/2010 | 2010 | Sallie Mae | Claim #: 8; Amount Claimed: 864.09; Amount Allowed: 864.09; Distribution Dividend: 7.50; | 7100-000 | | $64.78 | $733.95 |
| 12/01/2010 | 2011 | United States Department of Education | Claim #: 9; Amount Claimed: 9,790.15; Amount Allowed: 9,790.15; Distribution Dividend: 7.50; | 7100-000 | | $733.95 | $0.00 |
| 04/29/2011 | 2011 | STOP PAYMENT: United States Department of | Stop Payment for Check# 2011 | 7100-004 | | ($733.95) | $733.95 |
| 04/29/2011 | 2012 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $733.95 | $0.00 |

| | | | | SUBTOTALS | $2,959.03 | $2,959.03 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-00824-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ORTEGA, VERONICA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******4134 | Checking Acct #: | ******0824 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/13/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,959.03 | $2,959.03 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,959.03 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,959.03 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,959.03 | |

**For the period of 1/13/2009 to 7/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,959.03 |
| | |
| Total Compensable Disbursements: | $2,959.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,959.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/01/2010 to 7/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,959.03 |
| | |
| Total Compensable Disbursements: | $2,959.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,959.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-00824-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ORTEGA, VERONICA | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4134 | | **Money Market Acct #:** | ******0824 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 1/13/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/5/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $2,958.38 | | $2,958.38 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $2,958.40 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.13 | | $2,958.53 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.13 | | $2,958.66 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.12 | | $2,958.78 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.13 | | $2,958.91 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.12 | | $2,959.03 |
| 12/01/2010 | | Transfer To: #******0824 | | 9999-000 | | $2,959.03 | $0.00 |
| | | | **TOTALS:** | | $2,959.03 | $2,959.03 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,958.38 | $2,959.03 | |
| | | | **Subtotal** | | $0.65 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.65 | $0.00 | |

**For the period of 1/13/2009 to 7/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.65 |
| Total Internal/Transfer Receipts: | $2,958.38 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,959.03 |

**For the entire history of the account between 06/25/2010 to 7/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.65 |
| Total Internal/Transfer Receipts: | $2,958.38 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,959.03 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-00824-PSH | |
| **Case Name:** | ORTEGA, VERONICA | |
| **Primary Taxpayer ID #:** | ******4134 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/13/2009 | |
| **For Period Ending:** | 7/5/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******0824 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,080.09 | $4,080.09 | $0.00 |

**For the period of 1/13/2009 to 7/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,080.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,080.09 |
| Total Internal/Transfer Receipts: | $5,917.41 |
| | |
| Total Compensable Disbursements: | $2,959.03 |
| Total Non-Compensable Disbursements: | $1,121.06 |
| Total Comp/Non Comp Disbursements: | $4,080.09 |
| Total Internal/Transfer Disbursements: | $5,917.41 |

**For the entire history of the case between 01/13/2009 to 7/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,080.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,080.09 |
| Total Internal/Transfer Receipts: | $5,917.41 |
| | |
| Total Compensable Disbursements: | $2,959.03 |
| Total Non-Compensable Disbursements: | $1,121.06 |
| Total Comp/Non Comp Disbursements: | $4,080.09 |
| Total Internal/Transfer Disbursements: | $5,917.41 |